# REPORTS OF CASES

DETERMINED IN

# THE SUPREME COURT,

## APRIL SESSION, 1881.

[No. 7,492.—Department One.]

### F. B. CLARK *v.* HIS CREDITORS.

NEW TRIAL—MISCONDUCT OF JURY—AFFIDAVIT OF JUROR TO IMPEACH VER-
DICT.—The affidavit of a juror cannot be received to impeach a verdict.

ID.—CONFLICT OF EVIDENCE—INSTRUCTIONS—EXCEPTION.

APPEAL from the judgment discharging an insolvent, and from an order denying a new trial, in the Superior Court of Los Angeles County. HOWARD, J.

A petition for a rehearing was filed and denied.

*Barclay & Wilson,* for Appellants.

*W. P. Gardner,* and *Brunson & Wells,* for Respondents.

The COURT:

Appellant says, first, that the jury were guilty of misconduct; second, that the evidence did not justify the verdict; third, that error occurred in the giving of instructions.

1. There was no evidence of misconduct in the jury-room, other than the affidavit of jurors. A juror cannot impeach his own verdict. (*Polhemus* v. *Heiman,* 50 Cal. 433, 441.)

2. There was a substantial conflict in the testimony.

3. The instructions were not excepted to.

Judgment and order affirmed.